

# Case Assignment
# Standard Magistrate Assignment

Case number **3:26MJ-626**

Note: Judge determined by charging documentation.

Assigned on 7/15/2026 4:21:46 PM
Transaction ID: 132988

Return